IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 5:24-cr-63 (MTT) |
| JAMAR ANTOWAN MEADOWS, : | |
| : | |
| Defendant. : | |
| _____ : | |

**ORDER OF DETENTION PENDING TRIAL**

On March 18, 2025, Defendant Jamar Antowan Meadows appeared before the Court for an initial appearance pursuant to Rule 5 of the Federal Rules of Criminal Procedure. Because Defendant is currently subject to state custody in connection with pending state charges, Defendant has waived opposition to the Government's motion for detention at this time. The Court therefore orders that Defendant be detained in federal custody pending resolution of the charges in this case. Should the pending state detention be resolved prior to the conclusion of this case, however, the Court will renew consideration of bond or release at Defendant's request.

Accordingly, the Defendant is hereby committed to the custody of the Attorney General of the United States or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this the 18th day of March, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge